UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MICHAEL R ENGLE,** *et al.*, § § § **Plaintiffs,** § VS. § **CIVIL ACTION NO. H-04-2407** § **THE PURDUE PHARMA COMPANY,** *et al.*, § § § **Defendants.** § | |

## MEMORANDUM AND ORDER

This case is one of many currently pending in federal courts across the country, seeking damages for personal injuries allegedly resulting from use of the prescription drug OxyContin. On June 21, 2005, a Petition for Transfer, Coordination and Consolidation ("the Petition") was filed, pursuant to 28 U.S.C. § 1407, with the Joint Panel on Multi-District Litigation ("JPML"). The Petition seeks multi-district coordination of OxyContin cases and consolidation of those cases in the Southern District of Illinois. Plaintiffs have filed a motion to stay discovery pending the resolution of the Petition.

The Court has considered the parties' filings and oral arguments. This case involves plaintiff-specific factual issues that can most efficiently be resolved if discovery on those issues proceeds now. Therefore, Plaintiffs' motion to stay discovery is **DENIED**.

**IT IS SO ORDERED.**

SIGNED THIS 2ND DAY OF SEPTEMBER, 2005.

Keith P. Ellison
United States District Judge

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**